In the Matter of JOHN McDONALD, Appellant, and ANTHONY M. LIVOTI, Intervener, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and JAMES J. DELANEY et al., Interveners, Respondents.

Argued September 24, 1951; decided September 24, 1951.

604

*Leo Brown* and *Benjamin Gassman* for petitioner-appellant and intervener-appellant.

*Denis M. Hurley, Corporation Counsel* (*Victor J. Herwitz* of counsel), for respondents.

*J. Wolfe Chassen* and *William E. Clancy* for interveners-respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.